IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
 FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Annie Weathersby_____

Civil Case #: ___1:22-cv-6890-RLY-TAB_____

**NOTICE OF VOLUNTARY DISMISSMAL**

COMES NOW, Plaintiff, Annie Weathersby, by and through the undersigned counsel, hereby

respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all

defendants, in this particular Civil Action No. 3:22-cv-476 filed on August 15, 2022.

Date: September 2, 2025.

Respectfully submitted,

**TAUTFEST BOND, PLLC**
/s/ Monte Bond_____
Monte Bond, (TX Bar 02585625)
5473 Blair Rd, Suite 2000 Dallas,
TX 75231
Telephone: (214) 617-9980
Facsimile: (214) 853-4281
mbond@tbtorts.com
*Attorneys for Plaintiff*

ACKNOWLEDGED. Case is
dismissed without prejudice.
DATED: Oct 29, 2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana